# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2013

147228 & (15)(16)(17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LORI CHICHEWICZ,
        Plaintiff-Appellee,

v

MICHAEL SALESIN, M.D., MICHAEL
S. SALESIN, M.D., P.L.C.,
        Defendants-Appellants,

and

WALNUT LAKE OB/GYN, P.L.L.C.,
        Defendant.

_____/

SC: 147228
COA: 312806
Oakland CC: 2011-120900-NH

        On order of the Court, the motion for immediate consideration and motion to waive the transcript filing requirement for the stay hearing are GRANTED. The application for leave to appeal the May 16, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

        The motion to stay the trial court proceedings is GRANTED, and the proceedings in the Oakland Circuit Court are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2013



h0625

        Clerk